UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARC A. LINDSEY, | ) |
| Petitioner, | ) |
| vs. | ) No. 1:17-cv-03154-TWP-TAB |
| SUPERINTENDENT, | ) |
| Respondent. | ) |

**Order Dismissing Action as Duplicative**

The petitioner filed the instant habeas petition, which resulted in the opening of a new civil action on the docket. His habeas petition is essentially identical to another habeas petition received by the Court from the petitioner approximately a week ago and is proceeding in No. 1:17-cv-03083-TWP-TAB.

"A district court has an ample degree of discretion in deferring to another federal proceeding involving the same parties and issues to avoid duplicative litigation." *Trippe Mfg. Co. v. Am. Power Conversion Corp.*, 46 F.3d 624, 629 (7th Cir. 1995); *see Rizzo v. City of Wheaton, Ill.*, 462 Fed. Appx. 609, 613 (7th Cir. 2011) ("District courts have ample discretion to dismiss duplicative litigation. . . ."). This action is identical to another action proceeding in this Court. Accordingly, this action is **dismissed without prejudice** as duplicative.

No final judgment shall issue because no claim has been adjudicated. The clerk is **directed** to close this action on the docket.

**IT IS SO ORDERED.**

Date: 9/15/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARC A. LINDSEY
238677
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168